# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br><br>EDUARDO HERNANDEZ-MURILLO<br><br><br><br>*Defendant(s)* | )<br>)<br>) Case No. 25-mj-2089<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  December 30, 2024  in the county of  Rutherford  in the  Middle  District of  Tennessee , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code Sections 1326(a) &(b)(2) | Illegal Re-entry |

This criminal complaint is based on these facts:

See Attached statement in support of complaint

☑ Continued on the attached sheet.

/s/ Chris Anastasopoulos
*Complainant's signature*

Deportation Officer Chris Anastasopoulos, ICE
*Printed name and title*

Sworn to me remotely by telephone, in compliance with Fed. R. Crim. P. 4.1.

Date: 03/03/2025

*Judge's signature*

City and state:  Nashville, Tennessee     Hon. Jeffrey S. Frensley, U.S. Magistrate Judge
*Printed name and title*

# STATEMENT IN SUPPORT OF CRIMINAL COMPLAINT

I, Chris Anastasopoulos, having been duly sworn, hereby depose and swear to the following:

1. I, Chris Anastasopoulos, am an Agent with the Department of Homeland Security, specifically the U.S. Immigration and Customs Enforcement Agency (ICE), currently assigned to the Middle District of Tennessee. I have been so employed since May 2021. As a federal agent for the Department of Homeland Security, I am familiar with federal statutes, including: 8 U.S.C. § 1326(b)(2), which makes it unlawful for an individual who has previously been deported from the United States subsequent to conviction for an aggravated felony to enter the United States without the permission or consent of the appropriate federal authorities. I am also familiar with 8 U.S.C. § 1101 (a)(43)(F) which, for the purposes of a violation of 8 U.S.C. § 1326(b)(2) defines an "aggravated felony" as (among other things) "a crime of violence … for which the term of imprisonment ordered [is] at least one year. "

2. The facts contained in this affidavit are based on first-hand knowledge or information learned during this investigation from law enforcement sources or from witnesses. This affidavit does not contain each and every detail known by me regarding this investigation. Instead, this affidavit provides information necessary to establish probable cause to arrest Eduardo HERNANDEZ-MURILLO (the defendant) for a violation of 8 U.S.C. §§ 1326(a) and 1326(b)(2). Except where indicated, all statements referenced herein are set forth in substance and in part, rather than verbatim.

3. The Defendant is a Mexican citizen and alien to the United States. On or about December 30, 2024, the Defendant was found in the United States when the Murfreesboro Police Department (MPD) in Rutherford County, Tennessee cited the Defendant for a traffic offense. Rutherford County is located in the Middle District of Tennessee.

4. Subsequent to the Defendant's initial encounter by MPD in Rutherford County, local ICE officers opened an investigation into the Defendant's presence and status in the United States. ICE officials with the Enforcement & Removal Operations (ERO) unit determined that the Defendant is an undocumented alien presently in the United States.

5. On or about March 30, 2017, the Defendant was convicted in the Rutherford County (Tennessee) Criminal Court of the offense of Aggravated Assault, a violation of Tennessee Code Annotated § 39-13-102. The Defendant was sentenced to 3 years' incarceration by Judge Royce Taylor. This conviction qualifies as an aggravated felony under 8 U.S.C. § 1101(a)(43)(F).

6. After the Defendant's conviction for an aggravated felony, the Defendant was ordered removed from the United States. The Defendant was removed from the United States on or about May 10, 2017.

7. Since the Defendant's removal in 2017, the Defendant has not received the express consent to reapply for admission into the United States from the United States Attorney General and/or the Secretary of Homeland Security. The Defendant has entered and was found in the United States illegally and without authorization. The Defendant has no pending applications with the Citizenship and Immigration Services (USCIS). Immigration records reflect the Defendant does not appear to be eligible for any relief under the Immigration & Nationality Act (INA), as amended.

1

8. The Defendant's return to the United States is in violation of 8 U.S.C. §§ 1326(a) and 1326(b)(2). Therefore, I am requesting a warrant authorizing the arrest of the Defendant for a violation of 8 U.S.C. §§ 1326(a) and 1326(b)(2).