IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

v.  No. 3:25-mj-02089

Eduardo Hernandez-Murillo

# **O R D E R**

On March 12, 2025, defendant Eduardo Hernandez-Murillo appeared with counsel, Assistant Federal Public Defender Jessica Dragonetti, for an initial appearance in connection with the criminal complaint filed on March 3, 2025 (Docket No. 1.) Assistant U.S. Attorney Bert Bunton appeared for the United States (the "government"). By and through counsel, the defendant waived his rights to a preliminary hearing and to an immediate detention hearing, reserving his right to later request a detention hearing. The Court confirmed with the defendant on the record his understanding that he will remain in federal custody. The government's motion for detention (Docket No. 3) is therefore **CONDITIONALLY GRANTED** without prejudice and with leave for the defendant to later move for a detention hearing. The Court accepts the defendant's waiver of his right to an immediate detention hearing with reservation of his right to request a later hearing, and

**IT IS THEREFORE ORDERED** that the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility pending disposition of the charges filed against him, and he shall be held separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government,

the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

It is so ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge